JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUMKUM BARUA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | No. CV 25-02466-DMG (AJRx) <br><br> **ORDER RE: STIPULATION OF DISMISSAL [17]** <br><br> Hon. Dolly M. Gee <br> Chief United States District Judge |

Having read and considered the Stipulation of Dismissal submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed pursuant to the parties' Stipulation of Dismissal.

Dated: June 18, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE